JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** <br><br> Plaintiff, <br><br> vs. <br><br> **JEYLIM ESPERANZA RIOS, et al.,** <br><br> Defendants. | CASE NO. 2:20-cv-09050-WDK-JC <br><br> **ORDER GRANTING STIPULATED JUDGMENT** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Fifty Thousand Dollars ($50,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and against defendant JEYLIM ESPERANZA RIOS, ERIC HERRERA, individually and JEYLIM INVESTMENTS, LLC, an unknown business entity d/b/a GODDTIS a/k/a 562 ULTRA LOUNGE.

**IT IS SO ORDERED**:

_____  Dated: May 19, 2021
**The Honorable William D. Keller**
**United States District Court**