| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** | **CASE NO. 2:20-cv-09050-WDK-JC** |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| vs. | |
| **JEYLIM ESPERANZA RIOS, et al,** | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendants Jeylim Esperanza Rios, Eric Herrera, and Jeylim Investments, LLC, that the above-entitled action is hereby dismissed **without prejudice** against Jeylim Esperanza Rios, Eric Herrera, and Jeylim Investments, LLC.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 1, 2021, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party

//

//

//

//

referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_[signature]_  Dated: December 13, 2021
**The Honorable William D. Keller
United States District Court
Central District of California**